## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that today November 11, 2025, I filed a copy of Plaintiff DigitalDoors, Inc.'s Letter to the Court dated today via the Court's CM/ECF system and served a copy of the same on Defendant Flushing Bank's counsel Barry Bumgardner by email sent to barry@barrybumlaw.com.

Dated: November 11, 2025                    */s/ Jean-Marc Zimmerman*
                                            Jean-Marc Zimmerman