## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

**DIGITALDOORS, INC.,**

                **Plaintiff,**

      **v.**

**FLUSHING BANK,**

                **Defendant.**

**Case No. 1:25-cv-1895**

### NOTICE OF MOTION

PLEASE TAKE NOTICE THAT Plaintiff DigitalDoors, Inc. ("Plaintiff"), by and through its undersigned attorneys Jean-Marc Zimmerman and Steven M. Hoffberg will move this Court, at such time as the Court may direct or as soon thereafter as counsel may be heard, to Vacate and Alter the Order dated January 16, 2026 (D.E. 29) pursuant to Fed. R. Civ. P. ("Rule") 58 and 60(b)(1), respectively, and for Leave to File a Second Amended Complaint pursuant to Rule 15(a)(2). Plaintiff submits a Memorandum of Law and the Declaration of Jean-Marc Zimmerman with a Proposed Second Amended Complaint in support of this Motion.

                Respectfully,

                By:*/s/Jean-Marc Zimmerman*
                Jean-Marc Zimmerman
                Lucosky Brookman LLP
                101 Wood Avenue South
                Woodbridge, NJ 08830
                E: jmzimmerman@lucbro.com
                T: (908) 768-6408

                - AND -

Steven M. Hoffberg
Hoffberg & Associates
29 Buckout Road
West Harrison, NY 10604
E: steve@hoffberglaw.com
T: (914) 949-2300

Attorneys for Plaintiff DigitalDoors, Inc.

Dated: February 1, 2026