**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **DIGITALDOORS, INC.,**<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>**FLUSHING BANK,**<br><br>　　　　　Defendant. | **Case No. 1:25-cv-1895** |

**PROPOSED ORDER**

CAME BEFORE THE COURT Plaintiff DigitalDoors, Inc.'s ("Plaintiff") Motion to Vacate and Alter the Order dated January 16, 2026 (D.E. 29) pursuant to Fed. R. Civ. P. ("Rule") 58 and 60(b)(1), respectively, and for Leave to File a Second Amended Complaint pursuant to Rule 15(a)(2), and the Court having considered the arguments of all parties, and for good cause shown, the Court hereby **ORDERS** that Plaintiff's Motion is **GRANTED**.

Dated:_____	_____
　　　　　　　　　　　　　　　　　　　Sanket J. Bulsara, U.S.D.J.