## **CERTIFICATE OF SERVICE**

      I hereby certify that today February 1, 2026, I filed Plaintiff DigitalDoor's Notice of Motion to Vacate and Alter the Order dated January 16, 2026 (D.E. 29) pursuant to Fed. R. Civ. P. ("Rule") 58 and 60(b)(1), respectively, and for Leave to File a Second Amended Complaint pursuant to Rule 15(a)(2), a Memorandum of Law with a Certificate of Compliance, the Declaration of Jean-Marc Zimmerman with two exhibits including a Proposed Second Amended Complaint, and a Proposed Order with the Court via its CM/ECF system, and served all of the foregoing documents on Defendant's counsel of record.

                                                                            */s/Jean-Marc Zimmerman*
                                                                            Jean-Marc Zimmerman